UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRUSTEES OF THE HEATING, PIPING AND REFRIGERATION PENSION FUND, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> CAPITOL BALANCING LLC <br><br> Defendant. | ) ) ) ) ) ) ) Case No. 1:20-cv-00911-SAG ) ) ) ) ) ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs hereby file this Notice of Voluntary Dismissal of the instant action against the Defendant, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) for the reasons stated as follows:

1. This action was commenced on April 7, 2020, to obtain an order compelling the Defendant to submit to a payroll compliance review audit. (Docket No. 1).

2. The Defendant has agreed to submit to the audit.

3. The opposing party has neither served an answer nor a motion for summary judgment.

Respectfully submitted,

Dated: April 21, 2020          By:     /s/                                          .
(Signed by Jacob Szewczyk with permission)
Andrew Kelser (Bar No. 19138)
O'DONOGHUE & O'DONOGHUE LLP
5301 Wisconsin Ave., N.W.
Eighth Floor
Washington, D.C. 20015
akelser@odonoghuelaw.com
Telephone No.: (202) 362-0041
Facsimile No.: (202) 362-2640

By:    /s/                                  .
Jacob N. Szewczyk (Bar No. 19916)
O'DONOGHUE & O'DONOGHUE LLP
5301 Wisconsin Ave., N.W.
Eighth Floor
Washington, D.C.  20015
jszewczyk@odonoghuelaw.com
Telephone No.: (202) 362-0041
Facsimile No.:  (202) 362-2640

*Attorneys for Plaintiffs*

343722_1